**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 04-6571

—————————

ALFONSO HARTWELL,

Petitioner - Appellant,

versus

E. RICHARD BAZZLE, Warden, Perry CI; HENRY
MCMASTER, Attorney General for South Carolina,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  C. Weston Houck, Senior District
Judge.  (CA-03-2094-9-12)

—————————

Submitted:  July 15, 2004          Decided:  July 22, 2004

—————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Alfonso Hartwell, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfonso Hartwell, a South Carolina prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Hartwell has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED